IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : |
| v. | : NO. 04-CV-2427 |
| REV. ALBERT M. LIBERATORE, JR., | : JUDGE CAPUTO |
| DIOCESE OF SCRANTON, SACRED HEART OF JESUS CHURCH, | : ELECTRONICALLY FILED |
| BISHOP JAMES C. TIMLIN, REV. JOSEPH R. KOPACZ and BROTHER ANTONIO F. ANTONUCCI, | : |
| Defendants. | : |

---

**MOTION FOR JURY INSTRUCTION
ON ADVERSE INFERENCE ARISING FROM INVOCATION
OF FIFTH AMENDMENT**

---

Plaintiff John Doe ("Doe"), by and through his undersigned counsel, hereby requests that this Court provide: (1) a preliminary instruction to the jury that it may draw adverse inferences based upon Defendant Albert M. Liberatore Jr.'s repeated invocation of his Fifth Amendment rights during deposition; and (2)

permit undersigned counsel --- during an opening statement that is expected to include segments of Fr. Liberatore's videotaped deposition testimony where he invoked the Fifth Amendment --- to inform jurors of their ability to draw adverse inferences from these responses.  The grounds supporting this motion are set forth in the accompanying memorandum of law which is being filed in accordance with Rule 7.5 of the Local Rules of Court.

        Respectfully submitted,

        <u>/s/ Donna A. Walsh</u>
        Daniel T. Brier
        Donna A. Walsh

        Attorneys for Plaintiff,
        John Doe

MYERS, BRIER & KELLY, L.L.P.
Suite 200, 425 Spruce Street
Scranton, Pennsylvania  18503
(570) 342-6100

Date:  September 10, 2007

## CERTIFICATE OF NONCONCURRENCE

I, Donna A. Walsh, hereby certify that I sought the concurrence of counsel for the Diocesan Defendants, Joseph A. O'Brien, Esquire, counsel for Defendant Fr. Albert M. Liberatore, Jr., Lawrence J. Moran, Esquire, and counsel for Defendant Antonio Antonucci, Christopher Osborne, Esquire, in this Motion. Messrs. O'Brien and Moran do not concur in this Motion. I was unable to reach Mr. Osborne.

/s/ Donna A. Walsh

Date: September 10, 2007

**CERTIFICATE OF SERVICE**

      I, DONNA A. WALSH, hereby certify that a true and correct copy of the foregoing Motion for Jury Instruction on Adverse Inference Arising from Invocation of Fifth Amendment was served upon the following counsel of record by electronic mail on this 10th day of September, 2007:

>Joseph A. O'Brien, Esquire
>1212 S. Abington Road
>P.O. Box 240
>Clarks Summit, PA 18411
>
>James E. O'Brien, Esquire
>Scranton Life Building
>538 Spruce Street
>Scranton, PA 18503
>
>Lawrence J. Moran, Esquire
>1006 Pittston Avenue
>Scranton, PA  18505
>
>Christopher J. Osborne, Esquire
>527 Linden Street
>Scranton, PA  18503

                                        /s/ Donna A. Walsh