# EXHIBIT LIST

Case Caption: Doe vs. Liberatore       Case No. 3'04-cv-2427

Date: 11/6/07   Type of Proceeding: Jury Trial

| Pltf | Dft | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
| 1 | | Photos of Church & Rectory | not dated | y | | Ann Marie Zangilla |
| 2 (11/7/07) | | Votum | 7/23/04 | y | | John J. Bendik |
| 3 | | Diocese Organizational Chart (Doc 171) | not dated est. 8/13/97 | y | | James Quinn |
| 4 | | Letter to Quinn from Liberatore | 8/6/97 | y | y | " |
| 5 | | Memo to Bishop from Earley | 8/12/97 | y | y | " |
| 6 | | Memo to Earley from Quinn | 3/5/02 | y | y | " |
| 7 | | Memo to Timlin from Earley | 3/7/02 | y | y | " |
| 8 | | History of Sacred Heart Finances (Lousy) | 1/31/02 | y | y | " |
| 9 | | Letter to Timlin from Liberatore | 5/3/98 | y | y | " |
| 10 | | Letter to Timlin from Liberatore | 1/4/02 | y | y | " |
| 11 | | Letter to Timlin from Liberatore | | | | |

Page 1 of 3

EXHIBIT LIST

Case Caption: Doe vs. Liberatore    Case No. 3:04-CV-2427

Date: 11/7/07    Type of Proceeding: Jury Trial

| Pltf | Dft | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
| 12 | | Letter to Timlin from Liberatore | 11/17/97 | Y | Y | James Quinn (cont) |
| 13 | | Sexual Abuse Policy for Clergy | 03/1993 | Y | Y | Msgr Joseph Bambera |
| 14 | | Policy Handbook for Priests (pt.) | 5/1/98 | Y | Y | " |
| 15 | | Memo to Timlin from Bambera | 11/27/96 | Y | Y | " |
| 16 | | Summary of Concerns | 03/97 | NH | Y | " |
| 17 | | Letter to Bancroft from Liberatore | 10/24/05 | Y | Y | Kier Bancroft |
| 18 | | Letter to Bancroft from Liberatore | 11/6/95 | Y | Y | " |
| 19 | | Card to Bancroft from Liberatore | 3/15/96 | Y | Y | " |
| 20 | | Card to Bancroft from Liberatore | not dated | Y | Y | " |
| 21 | | DVD Movie "Priest" | | Y | | " |
| 22 | | Letter to Bancroft from Liberatore | 3/1/97 | Y | Y | " |

# EXHIBIT LIST

Case Caption: Doe vs. Liberatore

Case No. 3:04-CV-2427

Date: _____

Type of Proceeding: Jury Trial

| Pltf | Dft | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
| 23 | | Letter of Apology from Bancroft | 4/5/97 | Y | Y | Kier Bancroft (cont.) |
| 24 | | Letter to Bancroft from Liberatore | 5/9/97 | Y | Y | " |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Page 3 of 3